In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00241-CR
_____


IN RE JOHN ALLEN QUEEN


_____

Original Proceeding
_____


MEMORANDUM OPINION

In a petition for writ of mandamus, John Allen Queen asks that we compel the judge of the 411th District Court of Polk County to consider and rule on what Queen describes as his "Motion for Police Reports and Pre-Sentence Investigation Report." To be entitled to mandamus relief, the relator must show that the motion was properly filed and is before the court. *State ex rel. Curry v. Gray*, 726 S.W.2d 125, 128 (Tex. Crim. App. 1987). Queen provides this Court with no information about the present status of the case and he fails to explain how the trial court has jurisdiction to rule on a motion at this time. Therefore, he has failed to establish

1

that a motion has been properly filed. *See In re Smith*, 366 S.W.3d 268, 270-71 (Tex. App.—Tyler 2012, orig. proceeding). We deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on June 30, 2015
Opinion Delivered July 1, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.